# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER MARQUES LITTLE, Plaintiff, vs. NANCY A. BERRYHILL, Acting Commissioner of Social Security, Defendant. | CASE NO. 14cv2111-LAB (MDD) **ORDER AWARDING FEES** |

Marc Kalagian helped his client Xavier Little obtain about $70,000 in social security benefits. Kalagian now asks for $15,000 in fees under 42 U.S.C. § 406(b). Neither Little nor the Commissioner objects. Since the fee appears reasonable, and is under the statutory requirement of 25%, his motion is granted. The Court awards Kalagian $15,000, directs the Commissioner to certify the fee, and orders Kalagian to refund his client the $2,900 EAJA award.

**IT IS SO ORDERED**.

Dated: July 19, 2018

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge